ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2023 FEB 27 PM 4:12

DEPUTY CLERK _____

DRUE ALLEN HOLLIS,

    Plaintiff for

THE UNITED STATES
    IN THE BEST INTEREST OF
THE STATE OF TEXAS

vs.

TARRANT COUNTY,

    Defendant.

Civil Action No. 4:23-CV-

4-23CV-205-O

## ORIGINAL COMPLAINT

Drue A. Hollis
Pro Se
P.O. Box 100113
Fort Worth, TX 76185 - xxxxx
United States
(682) 281-7428
walterfortune@icloud.com
Plaintiff for the United States in the
best interest of the State of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DRUE ALLEN HOLLIS,
  Plaintiff for
THE UNITED STATES
  IN THE BEST INTEREST OF
THE STATE OF TEXAS

v.

TARRANT COUNTY,
  Defendant.

Civil Action No. 4:23-cv-

## ORIGINAL COMPLAINT

On August 12, 2022, Defendant Tarrant County acted in excess of its jurisdiction and in violation of title 28 part VI United States Code under the Texas Mental Health Code pursuant to Amendment VII by failing to grant Plaintiff Drue Allen Hollis a jury trial held at the 1895 Courthouse as Plaintiff demanded at that time along with his demand for statutory damages for that violation of his Constitutional right under cause number 2022-MH-032912-1 filed into Tarrant County Probate Court One after Plaintiff had been detained at Tarrant County Hospital District for over twenty-four (24) hours by an unsworn apprehension and detention warrant without receiving an evaluation by a physician in violation of the Texas Mental Health Code.

Plaintiff is entitled to damages as a matter of law as set forth and determined by the Texas Mental Health Code and defined by the same, & this is the second failure by Defendant Tarrant County to grant Plaintiff a jury trial in its Probate Court One as Plaintiff demanded in accordance with the Texas Mental Health Code and that Tarrant County has failed to act in violation of the same pursuant to the Seventh Amendment to the United States Constitution.

Tarrant County is not entitled to immunity on this civil action because Plaintiff names the individual judicial family members who are known to occupy the statutory probate court as a special three-judge court.

Plaintiff demands monetary damages in accordance with the Texas Mental Health Code in the amount of $1,000,000.00 per day for each of the seven (7) days he was detained at Tarrant County Hospital District under cause number 2022-MH02282-1 and did not receive a jury trial at the 1895 Courthouse as he demanded, accruing concurrently from twenty-one (21) days after issuance of summons on civil action 4:21-cv-01142-D-BP; Drue Allen Hollis v. Tarrant County, Texas, removed by Plaintiff from a state District Court and Tarrant County acting in violation of the same under cause numbers 352-301864-18 and 352-305386-19.

On this 27th day of February 2023.

_Drue Allen Hollis_
Drue Allen Hollis, pro se

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Drue Allen Hollis for the United States in the best interest of the State of Texas

**DEFENDANTS**
Tarrant County

(b) County of Residence of First Listed Plaintiff: N/A
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Tarrant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Drue A. Hollis, Esq.
P.O. Box 140113
Fort Worth, TX 76185
(682) 241-7424

Attorneys *(If Known)*: Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 28 U.S.C. Part VI
Brief description of cause: Deprivation of Seventh Amendment right

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 1,409,000.00
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Hal R. Ray, Jr. / Reed C. O'Connor
DOCKET NUMBER: 4:21-CV-01142-P ; 4:22-CV-00499-O

DATE: February 27, 2024
SIGNATURE OF ATTORNEY OF RECORD: Drue Allen Hollis